JANE HOLLY, INC., Appellant, v. HUDSON PROPERTIES, INC., et al., Respondents.—

No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.